IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 99-506-02 |
| | : | |
| | : | CIVIL NO. 04-1145 |
| v. | : | |
| | : | |
| | : | |
| DADAJI IBN-SEKOU ODINGA | : | |
| a/k/a "Dadaji S. Early" | : | |

## JUDGMENT ORDER

AND NOW, this 23rd day of August, 2007, upon consideration of Petitioner Dadaji Ibn-Sekou Odinga's (a/k/a Dadaji S. Early) Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Docket No. 218), the Government's Response in opposition thereto (Docket No. 233-34), and Petitioner's Rebuttal to the Government's Response (Docket No. 235), as well as Petitioner's Motion to Supplement his Section 2255 Motion (Docket No. 224), it is hereby ORDERED that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 and Motion to Supplement his Section 2255 Motion are DENIED for the reasons set forth in the attached memorandum.

IT IS FURTHER ORDERED that, Petitioner having failed to make a substantial showing of the denial of a constitutional right, a certificate of appealability is DENIED, pursuant to 28 U.S.C. § 2253(c).

BY THE COURT:

S/ James T. Giles
                J.